| | |
|---|---|
| **DISTRICT COURT, COUNTY OF EL PASO, STATE OF COLORADO**<br><br>**Court Address: El Paso County District Court 270 South Tejon St.**<br>**Colorado Springs, Colorado 80903** | DATE FILED: March 15, 2018 10:32 AM<br>FILING ID: 428B3355F57C2<br>CASE NUMBER: 2018CV30675 |
| **Plaintiff:** JANET BLANSHINE<br><br>**v.**<br><br>**Defendant(s):** LIBERTY MUTUAL AUTO INSURANCE COMPANY | **Case Number:**<br><br>Div.: |
| Bradford Pelton, Atty. No. 8597<br>§**Bradford Pelton, Attorney at Law** 320 S. Cascade Avenue<br>Colorado Springs, Colorado 80903<br>Phone Number: 719-634-8828<br>Fax Number: 719-634-8535<br>bradford@bradfordpeltonlaw.com | |
| **PLAINTIFF'S COMPLAINT** ||

Plaintiff, Janet Blanshine, by and through counsel, Bradford Pelton, Attorney at Law, files this complaint and in support thereof states as follows:

## JURISDICTION

1. The Plaintiff, Janet Blanshine, at all times relevant to this Complaint was and continues to be a resident at 860 Vindicator, Colorado Springs, CO 80919, Apt. No. 303, 719-930-4865, County of El Paso, State of Colorado.

3. Liberty Mutual Insurance Company at all times relevant to this Complaint, upon information and belief, was and continues to be a foreign corporation licensed to offer automobile insurance in the State of Colorado at P.O. Box 1052, Montgomeryville, PA 18936, 509-944-9306.

4. The facts which give rise to this Complaint occurred in the City of Colorado Springs, County of El Paso, State of Colorado, and venue is proper pursuant to C.R.C.P. 98(c).

## FACTS

5. On or about August 5, 2016 the Plaintiff, Janet Blanshine, was the driver of her motor vehicle (herein after referred to as Vehicle 2).

Exhibit B

6. On or about August 5, 2016, Vehicle 2 was stopped one unit east of intersection of Southgate Road in the right through lane of westbound Lake Avenue for a red light.

7. Vehicle 1, an automobile driver by Eric Carpinetti was stopped directly behind Vehicle 2.

8. When the traffic light for Westbound Lake Avenue turned green Vehicle 2 began to move forward but had to stop suddenly due to traffic unit in front not proceeding.

9. Vehicle 1 proceeded forward when the light turned green and failed to stop when Vehicle 2 stopped causing Vehicle 1's front end to strike the rear end of Vehicle 2.

10. On the date and time in question Plaintiff Janet Blanshine was the named beneficiary of an insurance contract for Medical payments Coverage by Defendant Liberty Mutual Auto Insurance Company for good and valuable consideration more fully set out below.

11. As a direct and proximate result of the automobile accident of August 5, 2016, above described, Plaintiff, Janet Blanshine, suffered physical injuries including but not limited to the following:

    a. Neck (Left)
    b. Shoulder (Left)

12. Plaintiff Janet Blanshine injuries have been painful and disabling, and certain of her injuries may be permanently painful and disabling.

### FIRST CLAIM FOR RELIEF

Plaintiffs incorporate paragraphs 1 through 11 herein, by reference.

13. In an effort to relieve her pain and help treat her bodily injuries caused by accident, the following expenses have been reasonably incurred on Plaintiff's behalf of expenses for necessary medical diagnostic testing and treatment; Dr. Ronald Salvaggione dates of service, April 27, 2017 through September 26, 2017 in the full amount of $5,264.00, with the exception of date of service September 14, 2017 in the amount of $83.00 was paid by Liberty Mutual Insurance. Front Range Diagnostic Radiology date of service May 18, 2017 in the amount of $60.00.

13. On the date of August 5, 2016 Plaintiff Janet Blanshine had purchased contractual coverage from Defendant Liberty Mutual for $25,000.00 of automobile medical pay

coverage:  for the agreed upon consideration of $146.00

B. **Medical Payments**

$   25,000 Each Person             $   146.00

### Second Claim For Relief

15. Defendant has willfully breached the contract of insurance by refusing and continuing to refuse to pay pursuant to the contract of insurance.

16. This matter is subject to statutory provisions of C.R.S. 10-3-1115 and 1116.

17. The Defendant has denied payment of benefits to the Plaintiff Janet Blanshine.

18. Defendants denial of payment is without a reasonable basis.

WHEREFORE, Plaintiff requests judgment be entered against Defendant in the following amounts:

  a. Reasonable compensatory damages,
  b. Costs
  c. Expert witness fees,
  d. Interest as provided by law, and
  e. Other relief that the Court may deem appropriate including those remedies under CRS 10-3-1113 and 10-3-1116

**DATED** this  15th  day of  March , 2018.

Respectfully Submitted,

Bradford Pelton, Attorney at Law

By:   /s/ Bradford Pelton
Bradford Pelton, Atty. No. 8597
320 S. Cascade Avenue
Colorado Springs, Colorado  80903
Phone: 719-634-8828
Fax: 719-634-8535

Plaintiffs' Address is:

PO Box 38781
Colorado Springs CO 80937