# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  1:18-cv-00902-KMT

JANET BLANSHINE,

      Plaintiff,

v.

LIBERTY MUTUAL AUTO INSURANCE COMPANY,

      Defendant.

---

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

---

Plaintiff Janet Blanshine and Defendant Liberty Mutual Auto Insurance Company (collectively, the "Parties"), by and through their undersigned counsel of record, hereby submit this Joint Stipulation for Dismissal with Prejudice, as follows:

    1.      The Parties have reached a settlement of the above-captioned case and stipulate to the dismissal of this action, with prejudice.

    2.      A proposed Order is filed herewith for the Court's convenience.

WHEREFORE, Plaintiff Janet Blanshine and Defendant Liberty Mutual Auto Insurance Company hereby request that this Court enter an order of dismissal, with prejudice, each party to pay her/its own fees and costs.

Respectfully submitted this 4th day of June, 2018.

LAW OFFICE OF BRADFORD PELTON        LEWIS ROCA ROTHGERBER CHRISTIE LLP

*s/ Bradford Pelton*                             *s/ Lyndsay K. Arundel*
Bradford Pelton, Esq.                            Lyndsay K. Arundel, Esq.
320 S. Cascade Avenue                            1200 Seventeenth Street, Suite 3000
Colorado Springs, CO 80903                       Denver, CO 80202-5835
Phone:  719.634.8828                             Tel.:  303.623.9000
Fax:      719.634.8535                           Fax:  303.623.9222
E-mail:  bradford@bradfordpeltonlaw.com          E-mail:  larundel@lrrc.com

*Attorney for Plaintiff Janet Blanshine*         *Attorneys for Defendant Liberty Mutual Auto
                                                 Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

        I hereby certify that on 4th day of June, 2018, a true and correct copy of the foregoing **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** was filed via the CM/ECF System and was served upon the following:

Bradford Pelton, Esq.
320 S. Cascade Ave.
Colorado Springs, CO 80903
Phone:  (719) 634-8828
Fax:     (719) 634-8535
E-mail:  bradford@bradfordpeltonlaw.com

*Attorney for Plaintiff Janet Blanshine*

*s/ Lyndsay K. Arundel*
Lyndsay K. Arundel, Esq.